IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD GERBER,  )
    Petitioner,  )
v.  )  Case No. 1:05-mc-00516-RMU
UNITED STATES OF AMERICA,  )  Hon. Ricardo M. Urbina
    Respondent.  )

**FILED**

**FEB 21 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT ORDER

THIS MATTER CAME upon the unopposed motion of the United States of America for an enlargement of time to answer the Petition to Quash filed by Petitioner in Case No. 1:05-mc-00516-RMU; and the Court being sufficiently advised, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The United States' motion is GRANTED.

2. The United States shall have until April 3, 2006 to file its Answer to the Petition to Quash filed in Case No. 1:05-mc-00516-RMU.

SO ORDERED this _21st_ day of _February_, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND ENTRY:

_____
KENNETH H. ROSENAU
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

Counsel for Petitioner,
Richard Gerber

1543506.1

KENNETH L. WAINSTEIN
United States Attorney

*/s/ Richard G. Jacobus*

RICHARD G. JACOBUS
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0553

Counsel for Respondent,
the United States of America