RECEIVED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD GERBER, )
      Petitioner, )
                               ) Case No. 1:05-mc-00516-RMU
v.                             ) Case No. 1:06-mc-00032-RMU
                               ) (Consolidated)
UNITED STATES OF AMERICA, )
                               ) Hon. Ricardo M. Urbina
      Respondent. )

### UNITED STATES' STATUS REPORT REGARDING
### IRS SUMMONS ENFORCEMENT PROCEEDINGS

Respondent, the United States of America, respectfully informs the Court as follows.

#### Case No. 1:05-mc-00516-RMU

1. Rosenau and Rosenau has complied with the summons issued to it by the Internal Revenue Service ("IRS") on December 2, 2005 (the "Rosenau Summons").

Accordingly, the proceedings in Case No. 1:05-mc-00516-RMU with respect to the Rosenau Summons are moot.

2. Petitioner's Supplemental Memorandum of Points and Authorities, filed March 3, 2006 in Case No. 1:05-mc-00516-RMU (docket No. 7), relating to a summons issued by the IRS to US Bank, N.A., Minneapolis, Minnesota, on or about February 8, 2006 (the "US Bank Summons"), remains contested.

#### Case No. 1:06-mc-00032-RMU

3. Petitioner's petition to quash a summons issued by the IRS to Paine Webber (a/k/a UBS), 100 East Pratt Street, 21st Floor, Baltimore, Maryland 21202, on January 10, 2006 (the "Paine Webber Summons"), filed January 30, 2006 in Case No. 1:06-mc-00032-RMU (docket No. 1), remains contested.

4. Petitioner's Supplemental Memorandum of Points and Authorities

1856532.1

relating to the US Bank Summons, filed March 3, 2006 in Case No. 1:06-mc-00032-RMU (docket No. 5), remains contested.

5. The United States' motion to dismiss the petition to quash the Paine Webber Summons, including Petitioner's Supplemental Memorandum of Points and Authorities relating to the US Bank Summons, filed April 3, 2006 in Case No. 1:06-mc-00032-RMU (docket No. 6), remains contested.

## CONCLUSION

The Paine Webber Summons and US Bank Summons seek financial records relating to the tax years 1999 through 2005. In light of the document retention policies typically followed by major banks and brokerage firms, responsive financial records relating to the tax year 1999 may be threatened with imminent destruction by Paine Webber/UBS and US Bank in the ordinary course of business. Accordingly, the United States respectfully requests that the Court set the remaining contested matters in Cases Nos. 1:05-mc-00516-RMU and 1:06-mc-00032-RMU down for hearing at the Court's earliest convenience.

DATE: August 22, 2006.

Respectfully submitted,

RICHARD G. JACOBUS
D.C. Bar No. 462058
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0553
Richard.G.Jacobus@usdoj.gov
Counsel for the United States

Of counsel:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD GERBER, )
 )
    Petitioner, )
 ) Case No. 1:05-mc-00516-RMU
v. ) Case No. 1:06-mc-00032-RMU
 ) (Consolidated)
UNITED STATES OF AMERICA, )
 ) Hon. Ricardo M. Urbina
    Respondent. )

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the UNITED STATES' STATUS REPORT REGARDING IRS SUMMONS ENFORCEMENT PROCEEDINGS has been made this 22nd day of August, 2006, by mailing, postage prepaid, addressed to:

Kenneth H. Rosenau, Esq.
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005
(via fax to (202) 387-8682, copy via regular mail)

RICHARD G. JACOBUS

1856537.11